UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISAEL PEREZ PINEIRO,

       Plaintiff,

   v.

MOISES BECERRA, et al.,

       Defendants.

Case No.  1:26-cv-05088-KES-FJS

ORDER GRANTING VILERKA SOLANGE BILBAO'S *PRO HAC VICE* APPLICATION

(ECF No. 6)

Before the Court is the application of Vilerka Solange Bilbao, attorney for Plaintiff Isael Perez Pineiro for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **July 13, 2026**

_____
UNITED STATES MAGISTRATE JUDGE